# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER ANTONIO BORGES,

          Petitioner,

        v.

KRISTI NOEM, et al.,

          Respondents.

Case No. 5:26-cv-01008-PA-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered GRANTING the Petition as to Petitioner's claim under *Maldonado Bautista* only; (2) Respondents are enjoined from continuing to detain Petitioner Borges unless he is provided with an individualized bond hearing before an

Immigration Judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order; and (3) the remainder of the claims in the Petition are dismissed without prejudice.

DATE: April 22, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2