JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER ANTONIO BORGES,

              Petitioner,

      v.

KRISTI NOEM, et al.,

              Respondents.

Case No. 5:26-cv-01008-PA-MBK

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED as to the *Maldonado Bautista* claim only and the remaining claims in the petition are dismissed without prejudice.

Dated: April 22, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE